**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00696-CR

### GUSTAVO RENE CASTILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-58463-Y**

## ORDER

On April 10, 2013, this Court ordered the Dallas County District Clerk to prepare and file a supplemental clerk's record containing the Criminal Court Fee Docket Sheet. The Dallas County Clerk subsequently filed a supplemental record; however, the detailed itemization of costs included in the supplemental record does not comply with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

Accordingly, we **ORDER** the Dallas County District Clerk to file, within ten days of the date of this order, a second supplemental clerk's record that contains a detailed itemization of the costs assessed in this case that complies with article 103.001 and 103.006 of the Texas Code of Criminal Procedure. *See id*. arts. 103.001 ("A cost is not payable by the person charged with the cost until a written bill is produced or is ready to be produced, containing the items of cost,

**signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost**.") (emphasis added), 103.006 ("If a criminal action or proceeding . . . is appealed, an officer of the court **shall certify and sign** a bill of costs stating the costs that have accrued and send the bill of costs to the court in which the action or proceeding is . . . appealed.") (emphasis added).

/s/  LANA MYERS
     PRESIDING JUSTICE